**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SHAUN RUSHING,**

      **Plaintiff,**

**v.**                                        **Case No.  8:07-cv-1431-T-30TBM**

**SPECTRUM HOSPITAL,**

      **Defendant.**
      _____/

**REPORT AND RECOMMENDATION**

THIS MATTER is before the court on Plaintiff's **Application to Proceed Without Prepayment of Fees and Affidavit** (Doc. 2) and **Motion to Appoint Counsel** (Doc. 3). Plaintiff's affidavit suggests that he is indigent and should be allowed to proceed without paying the usual filing fee for civil actions.  However, 28 U.S.C. § 1915 requires the court to dismiss the case at any time if the court determines that (a) the allegation of poverty is untrue, or (b) the action is frivolous or malicious or fails to state a claim on which relief may be granted.  Id. at (e)(2)(A), (B).

Upon review of Plaintiff's Complaint (Doc. 1), it is not possible to ascertain whether Plaintiff is able to minimally state a claim for medical malpractice on the basis of diversity jurisdiction.  The Complaint is devoid of any factual allegations aside from stating that Plaintiff was injured and mis-diagnosed.  Moreover, the pleading does not comply with Rule 8 of the Federal Rules of Civil Procedure.  Given these findings, Plaintiff's request for appointment of counsel (Doc. 3) is premature.  Moreover, Plaintiff otherwise fails to

demonstrate the appropriateness of the court appointing counsel to represent him.  For instance, there is no showing that Plaintiff has sought to obtain counsel on his own or that qualified counsel are unwilling to assist him on a contingency basis.

Accordingly, it is RECOMMENDED that the court DENY WITHOUT PREJUDICE Plaintiff's **Application to Proceed Without Prepayment of Fees and Affidavit** (Doc. 2) and direct the Plaintiff to refile his Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court within twenty (20) days.[1]  It is RECOMMENDED further that the court DENY WITHOUT PREJUDICE Plaintiff's **Motion to Appoint Counsel** (Doc. 3).  The Clerk shall forward to Mr. Rushing a copy of this Report and Recommendation and a brochure from the Federal Bar Association Pro Bono Civil Litigation Project.  It is strongly urged that Mr. Rushing seek the assistance of an attorney through this program or elsewhere before again filing papers with this court.

        Respectfully submitted on this
        17th day of August 2007.

        THOMAS B. McCOUN III
        UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved

---

[1] Among other places, the Federal Rules of Civil Procedure can be found online at http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found at the "Forms, Policies, and Publications" section of this court's website, http://www.uscourts.gov.

party from attacking the factual findings on appeal and a *de novo* determination by a district judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; see also Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies to:
The Honorable James S. Moody, United States District Judge
Pro se Plaintiff