**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SHAUN RUSHING,

    Plaintiff(s),

v.                                        Case No:  8:07-CV-1431-T-30TBM

SPECTRUM HOSPITAL,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2.  Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Dkt. #2) is DENIED without prejudice.

3.  Plaintiff's Motion to Appoint Counsel (Dkt. #3) is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Odd\2007\07-cv-1431.adopt 5.wpd