UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHAUN RUSHING,**

    **Plaintiff,**

**v.**                                               **CASE NO:  8:07-CV-1431-T-30TBM**

**SPECTRUM HOSPITAL,**

    **Defendant.**
_____/

**ORDER OF DISMISSAL**

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #7) entered on January 4, 2008.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2007\07-cv-1431.dismissal.wpd*